RECEIVED

SEP 2 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**JAMES WATSON**                               **DOCKET NO. 13-CV-563; SEC. P**

**VERSUS**                                         **JUDGE STAGG**

**M.D. CARVAJAL**                              **MAGISTRATE JUDGE KIRK**

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DENIED AND DISMISSED** because Petitioner has not shown that his custody is in violation of the Constitution or laws of the United States.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 24th day of September , 2013.

**JUDGE TOM STAGG**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**